425 A.2d 747

**COMMONWEALTH of Pennsylvania**

v.

**Joel Michael FREED, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1981.
Decided Feb. 27, 1981.

James G. Kellar, Emil W. Kantra, II, Allentown, for appellant.

Harold H. Cramer, Asst. Atty. Gen., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Order of the Commonwealth Court, 48 Pa.Cmwlth. 178, 409 A.2d 1185, is affirmed.